David J. Feldman, Esq.
Nevada Bar No. 5947
THE FELDMAN FIRM
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone:  (702) 949-5096
Facsimile:  (702) 949-5097
dfeldman@feldmanattorneys.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CATHRINA ESTACIO, individually | CASE NO.: 2:25-cv-01519-JAD-BNW |
| Plaintiff, | |
| vs. | |
| COAST NATIONAL INSURANCE COMPANY d/b/a BRISTOL WEST, Part of the Farmers Insurance Group; DOES 1 through 5; and ROE CORPORATIONS 1 through 5, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 11 |
| Defendants. | |

The parties, Plaintiff Cathrina Estacio, by and through her attorney of record, Dane M. Watson, Esq., of the law firm of Benson & Bingham, and Defendant Coast National Insurance Company, by and through its attorneys of record, David J. Feldman, Esq. of The Feldman Firm, hereby stipulate that the above-entitled action shall be dismissed in its entirety, with prejudice, and each party to bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED this ___ day of December, 2025.

| | |
|---|---|
| DATE: <u>January 5, 2026</u> | DATE: <u>January 5, 2026</u> |
| /s/ *Dane M. Watson, Esq.* | /s/ *David J. Feldman* |
| Dane M. Watson, Esq. | David J. Feldman, Esq. |
| Nevada Bar No. 13982 | John C. Dorame, Esq. |
| Benson & Bingham | The Feldman Firm |
| 11441 Allerton Park Drive, Suite 100 | 8831 West Sahara Avenue |
| Las Vegas, NV 89135 | Las Vegas, NV 89117 |
| *Attorney for Plaintiff Cathrina Estacio* | *Attorneys for Defendant Coast National Insurance Company* |

## **ORDER**

Based on the parties' stipulation **[ECF No. 11]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 6, 2026

2